

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00879-CV

**IN THE INTEREST OF A.G.B.**, G.A.B., and J.M.B.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01692
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the December 19, 2022 Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination is AFFIRMED.

The motion to withdraw filed by Amanda Wilhelm, appointed counsel for appellant M.B., is GRANTED. We REMAND this matter to the trial court with instructions to appoint substitute appellate counsel for M.B. by June 19, 2023.

It is ORDERED that no costs be assessed against appellants in relation to this appeal because they are presumed indigent under Texas Family Code section 107.013(e).

SIGNED June 14, 2023.

_____
Beth Watkins, Justice